BEFORE THE SECOND DIVISION, MARCH 15, 1956

**No. 59762.**—Lep Transport, Inc. *v.* United States, protest 260694–K (New York).

Opinion by LAWRENCE, J.   An examination of the papers disclosed that the plaintiff did not question the classification of the merchandise nor the rate of duty, but contested the value by the appraiser.   The motion of the defendant to dismiss was granted, the court holding that the proper remedy would have been pursuant to section 501, Tariff Act of 1930, as amended (19 U. S. C. § 1501), and that the plaintiff's present course of action, following the procedure outlined in section 514 (19 U. S. C. § 1514), was improper.

**No. 59763.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protests 205095–K and 208507–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of beaded bags the same in all material respects as those passed upon in Abstract 56124, the claim of the plaintiff was sustained.

**No. 59764.**—Regal Accessories, Inc. *v.* United States, protests 255445–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59765.**—Arkwright Accessories, Inc., et al. *v.* United States, protests 266968–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.